1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO GONZALEZ PENA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants, | Case No.: **5:24-cv-01064-SSS-DTBx**<br><br>*Assigned District Judge: Hon. Sunshine Suzanne Sykes*<br>*Assigned Magistrate Judge: David T. Bristow*<br><br>**ORDER OF DISMISSAL** |

1    Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: September 11, 2025          By: _____
                                      Sunshine Suzanne Sykes
                                      United States District Judge